CO-386-online
10/03

# United States District Court
# For the District of Columbia

Howard R.L. Cook & Tommy Shaw Foundation )
for Black Employees of the Library, Inc. et al )
            )
            )
         Plaintiff   )   Civil Action No._____
    VS           )
            )
James H. Billington, Librarian      )
LIBRARY OF CONGRESS       )
WASHINGTON, D.C.,        )
            )
        Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Howard R.L. Cook & Tommy Shaw Foundation for Black Employees of the Library, Inc._ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _Howard R.L. Cook & Tommy Shaw Foundation for Black Employees of the Library, Inc._ which have

any outstanding securities in the hands of the public:

None known.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Michael J. Snider, Esq.
_____
Print Name

104 Church Lane; Suite 100
_____
Address

Baltimore, Maryland 21208
_____
City     State     Zip Code

410-653-9060
_____
Phone Number

24695
_____
BAR IDENTIFICATION NO.