UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD R.L. COOK & TOMMY SHAW FOUNDATION FOR BLACK EMPLOYEES OF THE LIBRARY, INC., et al. | ) ) ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 06-1734 (RWR) |
| v. | ) ) ) ) |
| JAMES H. BILLINGTON, Librarian Library of Congress | ) ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
Rm. 4-4808
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334