UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD R.L. COOK & TOMMY SHAW FOUNDATION FOR BLACK EMPLOYEES OF THE LIBRARY, INC., et al. | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1734 (TFH) ) ) ) ) |
| JAMES H. BILLINGTON, Librarian Library of Congress | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendant, the Library of Congress, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiffs' complaint, until May 2, 2007. The answer is now due on Thursday, March 15, 2007. This is the first request by Defendant for an extension. Counsel for the Plaintiff opposes the filing of this motion.[1] Plaintiff has brought this action as a "class action" complaint under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq.

Additional time is required to investigate the allegations contained in the complaint and to review Plaintiffs' administrative claim file in order to determine what course of action to take.

---

[1] Plaintiff's counsel has no objection to a thirty day extension if the Defendant files an answer; however Defendant has not had an opportunity yet to review the files and determine what type of responsive pleading it will ultimately file.

 Moreover, counsel needs the additional time for the following reasons: counsel will be on annual leave during the week of March 19, 2007; counsel has motions for summary judgment due in various cases on the following dates: March 27, 2007 in <u>Kalil v. Ann Veneman</u>, Civ. Act. No. 01-2194 (RJL), March 29, 2007 in <u>Enterprise National Bank v. Mike Johann</u>, USDA, Civ. Act. No. 06-1344 (RCL), and March 30, 2007, in <u>Daniels v. Bruce James, Public Printer</u>, Civ. Act. No. 05-2455 (GK); Counsel will be in trial during the week of April 16, 2007 in <u>Geoffrey R. McIntyre, v. Maria Cino, Acting Secretary, U.S. Dept. of Transportaion</u>, Civ. Act. No. 05-0664 (ESH); and has oral arguments scheduled for April 4, 2007, in <u>Nurriddin v. NASA</u>, Ct. of Appeals No. 05-5386 and April 24, 2007, in <u>DeRose v. Dept. of State</u>, Ct. of Appeals, Case No. 06-5111; an appellee's brief in <u>Schmidt v. U.S. Dept. Of Labor</u>, Ct. of Appeals Case No. 04-5405is due on April 23, 2007; and thereafter, a dispositive motion on April 30, 2007, in <u>Roseboro v. Library of Congress,</u> Civ. Act. No. 06-0602 (RWR).  As a result, counsel is requesting the additional time to move or otherwise plead to the complaint until May 2, 2007.

 This motion is not for purposes of delay but for good cause shown.

          Respectfully submitted,


          /s/
          JEFFREY A. TAYLOR, D.C. BAR # 498610
          United States Attorney


          /s/
          RUDOLPH CONTRERAS, D.C. BAR # 434122
          Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD R.L. COOK & TOMMY SHAW FOUNDATION FOR BLACK EMPLOYEES OF THE LIBRARY, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br><br><br>JAMES H. BILLINGTON, Librarian Library of Congress<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1734 (TFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

_____ This matter comes before the Court on Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead.  It is by the Court this _____ day of _____, 2007 hereby

ORDERED that Defendant's Motion for an Enlargement of Time to Answer or otherwise Plead is hereby GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE