IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Christine Mills, Et Al.,

                                *

        Plaintiffs,

                                *

v.                                        Case No.: 06-1734 (TFH)

James Billington,             *
Librarian of Congress

                                *

        Defendant

*     *     o0o  *     *

<u>PLAINTIFF'S NOTICE TO THE COURT OF RELATED CASE</u>

1.     Plaintiffs, by way of their undersigned counsel, give notice to the Court and parties pursuant to LCvR 40.5, that a related case exists with this case and the case, *Christine Mills, Et Al., v. James Billington, Librarian of Congress*, Civil Action No. 04-2205 (HHK) (filed December 20, 2004) (hereafter the "Mills" case).

2.     The Mills case is a class action complaint which involves two of the named Plaintiffs in this case, David M. Hubbard, Sr. and Runako Balondemu, who are officers of the Foundation. The Mills case involves allegations of class based unlawful discriminatory and retaliatory practices of Defendant that Plaintiffs in the case allege have occurred from the same Defendant in this case.

3.     The Mills case in presently in a class certification phase of discovery.

4.     By this notice, Plaintiffs' counsel identifies the related nature of both cases. This case was initially filed on October 6, 2006.

5.      Notice of related cases has been provided to the counsel of record in both cases pursuant to local rule. If the Court determines that these cases are related, then the Foundation case should be transferred to Judge Kennedy pursuant to local rule.

Respectfully submitted,

/s/ Jeffery C. Taylor

_____
Michael J. Snider, Esq. MD #24695
Ari Taragin, Esq. MD #27409
Jeffery C. Taylor, Esq. MD #15528
Jason I. Weisbrot, Esq. MD #28074
Jacob Statman, Esq. MD #16932
Law Offices of Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208
410-653-9060 phone
410-653-9061 fax
mike@sniderlaw.com
jeff@sniderlaw.com
ecf@sniderlaw.com