IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HOWARD R.L. COOK & TOMMY SHAW FOUNDATION FOR BLACK EMPLOYEES OF THE LIBRARY, INC., *Et Al.*, | * * * | |
| Plaintiffs, v. | * * | Case No. 06-1734 (TFH) |
| James H. Billington, Librarian Library of Congress | * * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The Plaintiffs, by and through their undersigned attorneys from the Law Offices of Snider & Associates, hereby move for an enlargement of time to respond to Defendant's Motion to Dismiss, pursuant to LCvR 7, and state as follows:

1. Defendant filed a Motion to Dismiss on May 2, 2007.

2. The response is due within eleven (11) after service or May 16, 2007.

3. Lead counsel for Plaintiffs is currently scheduled to be away from his office on May 23 – 24, 2007, due to the Jewish Holiday of Shavuot.

4. Counsel for Plaintiffs has numerous depositions and EEOC Hearings scheduled during the week of May 14-18 2007.

5. The pending Motion to Dismiss raises several allegations that require extensive legal research and meetings with the named Plaintiffs in order for Plaintiffs and the putative class to properly respond.

6. This extension is sought in good faith and will not unfairly prejudice any party.

7. Lead counsel, Jacob Statman, Esq. contacted counsel for the Defendant via telephone on May 7, 2007, and via email on May 9, 2007, inquiring as to whether or not Defendant objects to this request. Counsel, Jeffery C. Taylor, Esq. contacted counsel for Defendant on May 9, 2007, @2:52pm and left a message for a return phone call by 4:00pm today.

8. Prior to the filing of this motion, no response from Defendant was received.

9. Additionally, this case is pending possible court consolidation with Case No. 04-2205 HHK (Christine Mills, Et. Al., v. Billington).

**WHEREFORE**, for good cause shown Plaintiffs request that the deadline for responding to the Defendant's Motion to Dismiss be extended until June 30, 2007. A proposed Order is attached.

Respectfully submitted,

/s/ Jeffery C. Taylor, Esq.
_____
Michael J. Snider, Esq. MD #24695
Ari Taragin, Esq. MD #27409
Jeffery C. Taylor, Esq. MD #15528
Jason I. Weisbrot, Esq. MD #28074
Jacob Statman, Esq. MD #16932
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208
Phone: 410-653-9060
Fax: 410-653-9061
Email: ecf@sniderlaw.com
          jeff@sniderlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOWARD R.L. COOK & TOMMY  \*
SHAW FOUNDATION FOR BLACK
EMPLOYEES OF THE LIBRARY, INC.,  \*
*Et Al*
\*
    Plaintiffs,                             Case No. 06-1734 (TFH)
    v.                              \*

James H. Billington, Librarian    \*
Library of Congress
\*
    Defendant.

        \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **PROPOSED ORDER**

Having reviewed the Plaintiffs' Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss, it is hereby **ORDERED** that;

Plaintiff's Motion is **GRANTED BY PAPERLESS ORDER**. Plaintiff's response is due on or before June 30, 2007.

                                    /s/ Thomas F. Hogan
                                    _____
                                    Chief Judge, U.S. District Court
                                    For the District of Columbia