**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HOWARD R.L. COOK & TOMMY** | ) | |
| **SHAW FOUNDATION FOR BLACK** | ) | |
| **EMPLOYEES** | ) | |
| **OF THE LIBRARY, INC., et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 06-1734 (HHK)** |
| **v.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **JAMES H. BILLINGTON, Librarian** | ) | |
| **Library of Congress** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY

Federal Defendant, the Library of Congress, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Reply to plaintiffs' Opposition, until July 24, 2007. The Reply is now due on July 2, 2007. This is the first request by Defendant for an extension of time to file the Reply. Counsel for the Plaintiff consents to the filing of this motion. Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq.

Counsel is requesting this additional time for the following reasons: counsel has motions for summary judgment due in various cases on the following dates: June 28, 2007, in Kalil v. Ann Veneman, Civ. Act. No. 01-2194 (RJL); and July 6, 2007, in Daniels v. Bruce James, Public Printer, Civ. Act. No. 05-2455 (GK); counsel is researching and writing an opposition in Bailey v. Henderson, 98-2224 (HHK) due on June 29, 2007; and will be out of the office on July 2nd

through 4th as well as the week of July 9, 2007; in addition, counsel has a Reply due in <u>Orlov v.</u> <u>Howard, et al.</u>, Civ. Act. No. 07-0350 (JDB) on June 18, 2007; and a mediation in <u>Legnini v.</u> <u>U.S.A.</u>, Civ. Act. No. 06-0012 (RWR) on July 19, 2007 that she must prepare.   As a result, counsel is requesting the additional time to file its Reply until July 24, 2007.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD R.L. COOK & TOMMY | ) |
| SHAW FOUNDATION FOR BLACK | ) |
| EMPLOYEES | ) |
| OF THE LIBRARY, INC., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-1734 (HHK) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| JAMES H. BILLINGTON, Librarian | ) |
| Library of Congress | ) |
| | ) |
| Defendant. | ) |

## ORDER

_____This matter comes before the Court on Defendant's Motion for Enlargement of Time to file its Reply to Plaintiff's Opposition.  It is by the Court this ____ day of _____, 2007 hereby

ORDERED that Defendant's Motion for an Enlargement of Time to file its Reply is hereby GRANTED.

SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE