UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOWARD R.L. COOK & TOMMY SHAW FOUNDATION FOR BLACK EMPLOYEES OF THE LIBRARY, INC., ET AL,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES H. BILLINGTON,**<br>Librarian, Library of Congress<br><br>Defendant. | Civil Action 06-1734 (HHK) |

**ORDER**

For the reasons set forth in the memorandum opinion docketed this same day, it is this 31st day of March, 2008, hereby

**ORDERED** that plaintiffs' complaint is **DISMISSED**; and it is further

**ORDERED** that **JUDGMENT** is entered in favor of defendant.

                                                      Henry H. Kennedy, Jr.
                                                      U.S. District Court Judge